IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 12-3982 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | TO EXTEND TIME TO FILE |
| v. | ) | RESPONSE TO COMPLAINT |
| | ) | |
| DWAYNE SANCHEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a federal prisoner proceeding pro se, filed a civil rights action pursuant to

Bivens v. Six Unknown Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

Defendants have filed a motion to extend time to file a response to the complaint.  (Docket Nos.

22 and 24.)  Defendants' motion is **GRANTED**.  Defendants shall file an answer or dispositive

motion in  response to the complaint **no later than sixty days** from the date this order is filed.  If

defendants file a dispositive motion, plaintiff may file an opposition within twenty-eight days of

of defendants' motion.  Defendants shall file a reply fourteen days thereafter.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge