**E-FILED on 08/21/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR, | No. C 12-3982 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| DWAYNE SANCHEZ, et al., | |
| Defendants. | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/14

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

P:\PRO-SE\RMW\CR.12\Abpikar982jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HASSAN ABPIKAR,

        Plaintiff,

  v.

DWAYNE SANCHEZ et al,

        Defendant.

Case Number: CV12-03982 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hassan Abpikar
1509 Silver Ranch Lane
San Jose, CA 95138

Dated: August 21, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk